**Alfonso ABADIA, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 05–3039.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2005.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Alvin L. NEELEY.**

No. 05–1099.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**MILLIKEN & COMPANY, Plaintiff–Appellant,**

v.

**MOHAWK INDUSTRIES, INC., Mohawk Carpet Corporation, Mohawk Commercial, Inc., and Aladdin Manufacturing Corporation, Defendants–Cross Appellants.**

No. 05–1187, 05–1200.

United States Court of Appeals, Federal Circuit.

Feb. 3, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).